Richard AIKEN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 610, 2016

Supreme Court of Delaware.

Submitted: September 13, 2017

Decided: October 23, 2017

Court Below: Superior Court of the
State of Delaware, ID. Nos. 1507013356A
1507021054A

AFFIRMED.

IN the MATTER OF: Daniel J.
MCCARTHY, Respondent.

No. 229, 2017

Supreme Court of Delaware.

Submitted: October 18, 2017

Decided: October 23, 2017

ACCEPTED. DISBARRED.

Wardell GILES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 6, 2017

Supreme Court of Delaware.

Submitted: August 11, 2017

Decided: October 25, 2017

Court Below–Superior Court of the
State of Delaware, Cr. ID No. 0707010864

AFFIRMED.

Anthony GORDON, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 477, 2016

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: October 25, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 1109011777
(N)

AFFIRMED.